District Judge Jamal N. Whitehead

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AISHWARYA RAGHAVAN and AVININDRA PARUCHURI, <br><br> Plaintiffs, <br><br> v. <br><br> UR M. JADDOU, <br><br> Defendant. | No. 2:23-cv-517-JNW <br><br> STIPULATED MOTION TO HOLD CASE IN ABEYANCE AND [PROPOSED] ORDER <br><br> Noted for Consideration: <br> August 22, 2023 |

Plaintiffs brought this litigation pursuant to the Administrative Procedure Act seeking, *inter alia*, to compel the U.S. Citizenship and Immigration Services ("USCIS") to adjudicate their Form I-485s, Applications to Register Permanent Residence or Adjust Status, in relation to Plaintiff Raghavan's Form I-526, Immigrant Petition by Alien Investor. The parties are currently working diligently towards a resolution to this litigation. For good cause, the parties request that the Court hold the case in abeyance until October 6, 2023.

Courts have "broad discretion" to stay proceedings. *Clinton v. Jones*, 520 U.S. 681, 706 (1997). "[T]he power to stay proceedings is incidental to the power inherent in every court to control the disposition of the causes on its docket with economy of time and effort for itself, for counsel,

STIPULATED MOTION FOR ABEYANCE    - 1
(23-cv-517-JNW)

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

and for litigants." *Landis v. N. Am. Co.*, 299 U.S. 248, 254 (1936); *see also* Fed. R. Civ. P. 1.

Initially, Defendant moved to dismiss the case for lack of subject matter jurisdiction. Dkt. No. 8. Subsequently, USCIS approved Plaintiff Raghavan's Form I-526 on June 23, 2023. As a result, Plaintiffs communicated to Defendant that they intended to amend the Complaint to challenge the agency's use of retrogression and Defendant withdrew the motion to dismiss. Dkt. No. 12. Due to recent movement in the State Department's Visa Bulletin, Plaintiffs believe that there may be a visa immediately available to them as of October 1, 2023, causing a challenge to the agency's use of retrogression to be moot. Plaintiffs will be able to confirm whether a visa will be available when the State Department releases its October Visa Bulletin in mid-September.

Accordingly, this case may be resolved without the need of further judicial intervention. As additional time is necessary for this to occur, the parties request that the Court hold the case in abeyance until October 6, 2023. The parties further request that the Court vacate its Order Regarding Initial Disclosures, Joint Status Report, and Early Settlement. Dkt. No. 13. The parties will submit a joint status report on or before October 6, 2023.

Dated: August 22, 2023                                  Respectfully submitted,

                                                        TESSA M. GORMAN
                                                        Acting United States Attorney

                                                        s/Michelle R. Lambert
                                                        MICHELLE R. LAMBERT, NYS #4666657
                                                        Assistant United States Attorney
                                                        United States Attorney's Office
                                                        1201 Pacific Avenue, Suite 700
                                                        Tacoma, Washington 98402
                                                        Phone: 206-428-3824
                                                        Email: michelle.lambert@usdoj.gov

                                                        *I certify that this memorandum contains 339 words, in compliance with the Local Civil Rules.*

                                                        *Attorneys for Defendant*

STIPULATED MOTION FOR ABEYANCE - 2
(23-cv-517-JNW)

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

*s/Kripa Upadhyay*
KRIPA UPADHYAY, WSBA #40063
Karr, Tuttle, Campbell
701 Fifth Ave, Suite 3300
Seattle, WA 98104
Phone: 206.224.8092
Email: kripa@karrtuttle.com

*s/Bradley B. Banias*
BRADLEY B. BANIAS, SC76653
Banias Law, LLC
602 Rutledge Avenue
Charleston, South Carolina 29403
Phone: 843.352.4272
Email: brad@baniaslaw.com

*Attorneys for Plaintiffs*

STIPULATED MOTION FOR ABEYANCE      - 3
(23-cv-517-JNW)

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101
(206) 553-7970

**[PROPOSED] ORDER**

The case is held in abeyance until October 6, 2023.  The parties shall submit a joint status report on or before October 6, 2023.  The Order Regarding Initial Disclosures, Joint Status Report, and Early Settlement (Dkt. No. 13) is vacated.  It is so **ORDERED**.

DATED this 5th day of September, 2023.

_____
Jamal N. Whitehead
United States District Judge

STIPULATED MOTION FOR ABEYANCE    - 4
(23-cv-517-JNW)

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101
(206) 553-7970