District Judge Jamal N. Whitehead

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AISHWARYA RAGHAVAN and AVININDRA PARUCHURI,<br><br>Plaintiffs,<br><br>v.<br><br>UR M. JADDOU, *et al.*,<br><br>Defendant. | No. 2:23-cv-517-JNW<br><br>STIPULATED MOTION TO EXTEND DEADLINES AND [PROPOSED] ORDER<br><br>Noted for Consideration:<br>November 7, 2023 |

Plaintiffs Ashwarya Raghavan and Avinindra Parchuri and Defendants through their respective counsel, pursuant to Federal Rule of Civil Procedure 6 and Local Rules 10(g) and 16, and hereby jointly stipulate and move for a one-week extension of the deadline for Defendants to respond to the Amended Complaint.

Plaintiffs filed an Amended Complaint on October 13, 2023, Dkt. No. 17, which added Antony Blinken, the Secretary of the State, as a Defendant. The Amended Complaint asserts, *inter alia*, that Defendants have unlawfully withheld and/or delayed the issuance of a final determination and the issuance of an immigrant visa number concerning their Form I-485s due to retrogression.

STIPULATED MOTION FOR EXTENSION  - 1
(23-cv-517-JNW)

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1  Defendants' current deadline to respond to the Amended Complaint is November 10, 2023.  For

2  good cause, the parties request that the Court extend this deadline until November 17, 2023.

3      A court may modify a deadline for good cause.  Fed. R. Civ. P. 6(b).  Continuing pretrial and

4  trial dates is within the discretion of the trial judge.  *See King v. State of California*, 784 F.2d 910,

5  912 (9th Cir. 1986).

6      Initially, the parties agreed that Defendants would respond to the Amended Complaint by

7  November 10, 2023. Dkt. No. 16, Joint Status Report.  However, Defendants' counsel inadvertently

8  proposed this deadline without realizing that it fell on a federal holiday. Defendants seek this short

9  extension to ensure that counsel can fully communicate with necessary agency personnel before

10 filing a response.  Furthermore, the additional week will allow Plaintiffs to execute service on

11 Antony Blinken.

12     Accordingly, the parties request that the Court extend Defendants' deadline to respond to the

13 Amended Complaint until November 17, 2023.

14 Dated: November 7, 2023                                    Respectfully submitted,

15                                                           TESSA M. GORMAN
                                                             Acting United States Attorney
16
                                                              *s/Michelle R. Lambert*
17                                                           MICHELLE R. LAMBERT, NYS #4666657
                                                             Assistant United States Attorney
18                                                           United States Attorney's Office
                                                             1201 Pacific Avenue, Suite 700
19                                                           Tacoma, Washington 98402
                                                             Phone:  206-428-3824
20                                                           Email:  michelle.lambert@usdoj.gov

21                                                           *I certify that this memorandum contains 264 words,*
                                                             *in compliance with the Local Civil Rules.*
22
                                                             *Attorneys for Defendant*
23

24

*s/Kripa Upadhyay*
KRIPA UPADHYAY, WSBA #40063
Karr, Tuttle, Campbell
701 Fifth Ave, Suite 3300
Seattle, WA 98104
Phone: 206.224.8092
Email: kripa@karrtuttle.com

*s/Bradley B. Banias*
BRADLEY B. BANIAS, SC76653
Banias Law, LLC
602 Rutledge Avenue
Charleston, South Carolina 29403
Phone: 843.352.4272
Email: brad@baniaslaw.com

*Attorneys for Plaintiffs*

STIPULATED MOTION FOR EXTENSION   - 3
(23-cv-517-JNW)

UNITED STATES ATTORNEY
700 S‍TEWART S‍TREET, S‍UITE 5220
S‍EATTLE, W‍ASHINGTON 98101
(206) 553-7970

# [PROPOSED] ORDER

Defendants' time to respond to the Complaint is extended to November 17, 2023. It is so **ORDERED**.

DATED this 9th day of November, 2023.

_____
Jamal N. Whitehead
United States District Judge

STIPULATED MOTION FOR EXTENSION - 4
(23-cv-517-JNW)

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970