District Judge Jamal N. Whitehead

# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| AISHWARYA RAGHAVAN and AVININDRA PARUCHURI,<br><br>Plaintiffs,<br><br>v.<br><br>UR M. JADDOU, *et al.*,<br><br>Defendants. | Case No. 2:23-cv-00517-JNW<br><br>STIPULATED MOTION TO DISMISS AND [PROPOSED] ORDER<br><br>Noted for Consideration:<br>March 26, 2024 |

Pursuant to Federal Rule of Civil Procedure 41(a), the parties stipulate to the dismissal of this case without prejudice, with each party to bear their own costs. Plaintiffs brought this litigation pursuant to the Administrative Procedure Act seeking, inter alia, to compel the U.S. Citizenship and Immigration Services ("USCIS") to adjudicate their immigration benefits applications. USCIS has adjudicated the applications.

//

//

//

//

STIPULATED MOTION TO DISMISS
[Case No. 2:23-cv-00517-JNW] - 1

UNITED STATES ATTORNEY
1201 Pacific Ave., Ste. 700
Tacoma, WA 98402
(253) 428-3800

DATED this 26th day of March, 2024.

Respectfully submitted,

| | |
|---|---|
| TESSA M. GORMAN<br>United States Attorney | KARR, TUTTLE, CAMPBELL |
| /s/Michelle R. Lambert<br>MICHELLE R. LAMBERT, NYS #4666657<br>Assistant United States Attorney<br>United States Attorney's Office<br>Western District of Washington<br>1201 Pacific Avenue, Suite 700<br>Tacoma, Washington 98402<br>Phone: (253) 428-3824<br>Email: michelle.lambert@usdoj.gov | s/Kripa Updahyay<br>KRIPA UPADHYAY, WSBA #40063<br>701 Fifth Ave, Suite 3300<br>Seattle, WA 98104<br>Phone: (206) 224.8092<br>Email: kripa@karrtuttle.com |
| *Attorneys for Defendants* | BANIAS LAW, LLC |
| **I certify that this memorandum contains 60 words, in compliance with the Local Civil Rules.** | s/Bradley B. Banias<br>BRADLEY B. BANIAS, SC No. 76653<br>602 Rutledge Avenue<br>Charleston, South Carolina 29403<br>Phone: (843) 352.4272<br>Email: brad@baniaslaw.com |
| | *Attorneys for Plaintiffs* |

STIPULATED MOTION TO DISMISS
[Case No. 2:23-cv-00517-JNW] - 2

UNITED STATES ATTORNEY
1201 Pacific Ave., Ste. 700
Tacoma, WA 98402
(253) 428-3800

**[PROPOSED] ORDER**

It is so **ORDERED**.  The case is dismissed without prejudice, with each party to bear their own costs.

DATED this 29th day of March, 2024.

_____
Jamal N. Whitehead
United States District Judge

STIPULATED MOTION TO DISMISS
[Case No. 2:23-cv-00517-JNW] - 3

UNITED STATES ATTORNEY
1201 Pacific Ave., Ste. 700
Tacoma, WA 98402
(253) 428-3800